NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIVIS, INC.,**
*Appellant*

**v.**

**NOVARAD CORP.,**
*Appellee*

---

2024-1951

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00045.

---

**JUDGMENT**

---

ADAM STEINMETZ, Desmarais LLP, Washington, DC, argued for appellant. Also represented by BETTY H. CHEN, San Francisco, CA; TAEG SANG CHO, JOHN M. DESMARAIS, New York, NY.

JOSEPH HARMER, Thorpe North & Western, LLP, Salt Lake City, UT, argued for appellee. Also represented by JED H. HANSEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2025
Date

Jarrett B. Perlow
Clerk of Court